IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

DAVID W. DOVER                                                    PETITIONER


V.                          NO: 2:06CV00073 JMM-JFF


LINDA SANDERS, Warden,
FCI-Forrest City, Arkansas;
and UNITED STATES BUREAU
OF PRISONS                                                       RESPONDENTS

## ORDER

The Court has reviewed the Proposed Findings and Recommendations received
from Magistrate Judge John F. Forster, Jr., and the objections filed in response, and
has further reviewed the relevant record *de novo.* The Findings and Recommendations
are adopted in their entirety as this Court's findings.

IT IS THEREFORE ORDERED that Petitioner's petition for writ of habeas corpus
pursuant to 28 U.S.C. § 2241 is dismissed without prejudice as moot.

IT IS SO ORDERED this   10   day of May, 2006.


                              _____
                              UNITED STATES DISTRICT JUDGE